IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCHARMAINE DAVIS, on behalf of herself, individually, and on behalf of all others similarly situated, ) ) ) ) ) | |
| Plaintiff, ) ) | Case No. 1:16-CV-07277 |
| v. ) ) | Hon. Judge Joan B. Gottschall |
| VANGUARD HOME CARE, LLC, VHS OF ILLINOIS, INC., VANGUARD HEALTHCARE SYSTEMS, INC. and TENET HEALTHCARE CORPORATION, ) ) ) ) ) | Hon. Magistrate Sheila Finnegan |
| Defendants. ) | |

## APPROVAL ORDER AND FINAL JUDGMENT

UPON CONSIDERATION of the Parties' Joint Motion for Approval of FLSA Settlement, the Motion is GRANTED as follows:

1. The Parties' proposed Settlement Agreement is approved as fair and reasonable, including the payments to Plaintiffs, the releases of claims, the service payment to Named Plaintiff, and the payment of attorneys' fees and costs as set forth therein.

2. This action, and all claims asserted or that could have been asserted therein, is dismissed in its and their entirety without prejudice as to all Plaintiffs.

3. This dismissal shall convert to a dismissal with prejudice on the date Defendants remit payment of the Gross Settlement Amount as set forth in the Settlement Agreement without further order of the Court. Except as provided in the Settlement Agreement, the Parties are responsible for their own costs and fees.

IT IS SO ORDERED.

Date: March 22, 2019

_____
The Hon. Joan B. Gottschall
United States District Judge